Argued March 16, dismissed for want of jurisdiction
March 16, 1971

## CITY OF SALEM, *Respondent, v.* ARLO WILLIAM KIMBALL, *Appellant.*

482 P2d 191

*Mike Dye, Salem,* argued the cause for appellant. With him on the brief were Kleen & Dye, Salem.

*William G. Blair,* Assistant City Attorney, Salem, argued the cause for respondent. With him on the brief was William J. Juza, City Attorney, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.

### MEMORANDUM DECISION.

This appeal involved violation of a city ordinance. Oral argument confirmed the fact that the appeal did not involve an issue as to "* * * the constitutionality of the charter provision or ordinance under which the conviction was obtained * * *." ORS 221.360.[1] Therefore, in view of ORS 221.350 and 221.360, we ruled from the bench that this case be dismissed for want of jurisdiction.

---

[1] This matter could have been more expeditiously and less expensively handled by a motion to dismiss for want of jurisdiction prior to the filing of briefs.